

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00303-CV

| | | |
|---|---|---|
| In the Interest of H.S., a Minor Child | § | From the 231st District Court |
| | § | of Tarrant County (231-543098-13) |
| | § | July 28, 2016 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants (Grandparents) shall pay all of the costs of this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker